WARREN N. FITCHETT, Respondent, *v.* THOMAS CANARY, Appellant.

(Submitted March 7, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 4, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Albert I. Sire* for appellant.

*Charles Blandy* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.